***Please***     Department of Justice | Tax Division
***Return to:***    Financial Litigation Unit | Office of Review
                 P.O. Box 310 (Ben Franklin Station)
                 Washington, DC 20044

## ABSTRACT OF JUDGMENT
## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | | Names of Parties in whose favor judgments have been obtained |
|---|---|---|
| Scott B. Gann<br>4803 Shady Knolls Drive<br>Allen, TX 75002-2727<br>Collin County | | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $897,619.58, plus interest. | U.S. Department of Justice<br>Tax Division, TaxFLU OOR<br>P.O. Box 310<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-6567<br>taxflu.taxcivil@usdoj.gov | Case No. 1:10-CV-00359-EGB (Fed. Cl.)<br>Original Judgment filed on April 17, 2017<br><br>Case No. 4:18-MC-02298 (S.D. Tex.)<br>Miscellaneous Case filed on August 20, 2018 |

UNITED STATES OF AMERICA     CLERK'S OFFICE     U.S. DISTRICT COURT
                                                                    SOUTHERN DISTRICT OF TEXAS
                                                                                             *SS*

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: January 3, 2019 , ~~2018~~

By: _____, Deputy Clerk